# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| DARRYL STEVENSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:10-0053 Judge Trauger |
| JEFF LONG, Williamson County Sheriff, and SOUTHERN HEALTH PARTNERS, | ) ) ) | Magistrate Judge Bryant |
| Defendants. | ) ) | |

## O R D E R

On January 18, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 80), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendant Southern Health Partners (Docket No. 57), the Motion For Summary Judgment filed by defendant Jeff Long (Docket No. 60) and the Motion For Summary Judgment filed by defendant Southern Health Partners (Docket No. 73) are all **GRANTED**, and the plaintiff's federal claims against the defendants are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that the remaining state law claims against defendant Southern Health Partners are **DISMISSED** for lack of jurisdiction.

It is so **ORDERED**.

ENTER this 1st day of March 2011.

_____
ALETA A. TRAUGER
U.S. District Judge